IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMARA BARNES and JATTAUN BARNES, SR., as next of kin and natural parents of JATTAUN BARNES, JR., a minor child, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) No. 3:12-cv-1270 ) JURY DEMAND |
| WAL-MART STORES, INC. d/b/a SAM'S CLUB, | ) ) ) |
| Defendant. | ) |

*ORDER*
*This motion*
*is GRANTED*
[signature]
12-21-12

## JOINT MOTION

Pursuant to Federal Rule of Civil Procedure 25(c), the parties hereby jointly move this Court for the entry of an Order substituting the proper party defendant in this case. Specifically, Wal-Mart Stores East, L.P. should be substituted in the place of Wal-Mart Stores, Inc. as the proper named defendant. As grounds for this Motion, the parties state that as of February 1, 2002, the operation and obligations of the Sam's Club located at 2240 Gallatin Road, North, Madison, Tennessee 37115 were transferred to Wal-Mart Stores East, L.P. A proposed Order is contemporaneously filed and attached to this joint Motion.

**RESPECTFULLY SUBMITTED:**

| | |
|---|---|
| s/ Greg Callaway | s/ Luvell L. Glanton by Greg Callaway with express granted 12-19-12 at 1:02 p.m. |
| Greg Callaway, No. 18575 | Luvell L. Glanton, No. 14172 |
| HOWELL & FISHER, PLLC | 915 Jefferson Street, 2nd Floor |
| Court Square Building | Nashville, TN 37208 |
| 300 James Robertson Parkway | 615/244-4511 |
| Nashville, TN 37201-1107 | Attorney for Plaintiff |
| 615/244-3370 | |
| Attorney for Defendant | |