IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TAMARA BARNES and JATTAUN BARNES, SR., as next of kin and natural parents of JATTAUN BARNES, JR., a minor child, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) ) | No. 3:12-cv-1270 JURY DEMAND |
| WAL-MART STORES, INC. d/b/a SAM'S CLUB, | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION

Pursuant to Federal Rule of Civil Procedure 25(c), the parties hereby jointly move this Court for the entry of an Order substituting the proper party defendant in this case. Specifically, Wal-Mart Stores East, L.P. should be substituted in the place of Wal-Mart Stores, Inc. as the proper named defendant. As grounds for this Motion, the parties state that as of February 1, 2002, the operation and obligations of the Sam's Club located at 2240 Gallatin Road, North, Madison, Tennessee 37115 were transferred to Wal-Mart Stores East, L.P. A proposed Order is contemporaneously filed and attached to this joint Motion.

**RESPECTFULLY SUBMITTED:**

s/ Greg Callaway
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370
Attorney for Defendant

s/ Luvell L. Glanton by Greg Callaway with express granted 12-19-12 at 1:02 p.m.
Luvell L. Glanton, No. 14172
915 Jefferson Street, 2nd Floor
Nashville, TN 37208
615/244-4511
Attorney for Plaintiff